**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 186 EAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v. :
:
:
:
ROBERT R. TORRES, :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.